**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**


MASSIMO AIELLO                    :         Civil Action No.22-2058(FLW)

          Plaintiff,        :

vs.                               :         ORDER DISMISSING ACTION
                                            PURSUANT TO F.R.CIV.P. 4(m)
CSAA INSURANCE EXCHANGE
          Defendant,        :


    It appearing that the plaintiff in the above captioned action have failed to effect service of the summons and complaint within 90 days of the filing of the complaint;

    It further appearing that good cause has not been shown as to why service has not been effected; and no proof of service has been submitted by plaintiffs as directed in this Court's Notice of call for dismissal dated September 6, 2022.

    It is on this 6th day of October, 2022,

    ORDERED that the complaint be and is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, without prejudice and without costs.


                                   s/Freda L. Wolfson
                                   FREDA L. WOLFSON
                                   U.S. Chief District Judge